08-5217-cv
Robinson v. Citibank, South Dakota, N.A.

## UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of March, two thousand ten.

PRESENT:

JOSÉ A. CABRANES,
BARRINGTON D. PARKER,
*Circuit Judges,*
EVAN J. WALLACH,
*Judge.*[*]

_____

Pearl Robinson,

*Plaintiff-Counter-Defendant-Appellant,*

v.                                                                          08-5217-cv

Citibank South Dakota, N.A., Sears/Citicards Citibank,

*Defendants-Counter-Claimants-Appellees.*

_____

**FOR APPELLANT:**       Pearl Robinson, *pro se*, Comstock, New York.

**FOR APPELLEES:**       Richard P. Kaye, (Holly Froum, *of counsel*) Ellenoff Grossman & Schole, LLP, New York, NY.


Appeal from a judgment of the United States District Court for the Eastern District of New York (Nina Gershon, *Judge*).

**UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND**

_____

[*] The Honorable Evan J. Wallach, of the United States Court of International Trade, sitting by designation.

**DECREED** that the judgment of the District Court be **AFFIRMED**.

Plaintiff-appellant Pearl Robinson, *pro se*, appeals from the July 31, 2008 judgment of the District Court, granting summary judgment to defendants, Citibank, South Dakota, N.A. and Sears/Citicards Citibank ("Citibank") on plaintiff's claims and granting summary judgment to Robinson on Citibank's counterclaim. On appeal, Robinson argues that there are material facts that support a finding that Citibank negligently managed her account when handling a disputed charge, leading to financial and emotional difficulties. Citibank does not appeal the District Court's judgment in favor of Robinson on their counterclaim. We assume the parties' familiarity with the underlying facts and procedural history of the case.

We review a district court's decision to grant summary judgment *de novo*, "drawing all factual inferences in favor of the non-moving party." *Paneccasio v. Unisource Worldwide, Inc.*, 532 F.3d 101, 107 (2d Cir. 2008). Summary judgment is appropriate only "if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." Fed R. Civ. P. 56(c). "[C]onclusory statements or mere allegations," however, are insufficient to defeat a summary judgment motion. *Davis v. State of New York*, 316 F.3d 93, 100 (2d Cir. 2002).

We have considered Robinson's argument and find it to be without merit. Substantially for the reasons stated in the District Court's thorough and well-reasoned memorandum decision and order, we affirm the July 31, 2008 judgment of the District Court.

Accordingly, the judgment of the District Court is **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk